Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

L. Scott Karlin, SBN 90605
lsk@karlinlaw.com
Michael J. Karlin, SBN 272442
mike@karlinlaw.com
**THE KARLIN LAW FIRM LLP**
13522 Newport Avenue, Suite 201
Tustin, CA 92780
Telephone: (714) 731-3283

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>KATO RESTAURANT GROUP, LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.:    2:22-cv-07606-FLA-PVC<br><br>*Assigned to Judge Fernando L. Aenlle-Rocha*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Crystal Redick ("Plaintiff"), and Defendant Kato Restaurant Group, LLC ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's claims. Each party shall bear his or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: April 28, 2023　　　　　　　　**WILSHIRE LAW FIRM**

By: */s/ Carolin K. Shining*
　　Carolin K. Shining
　　*Attorneys for Plaintiff*

DATED: April 28, 2023　　　　　　　　**THE KARLIN LAW FIRM LLP**

By: */s/ Michael J. Karlin*
　　Michael J. Karlin
　　*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this stipulation attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 28, 2023                    By: */s/ Carolin K. Shining*
                                                                Carolin K. Shining

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER